David N. Chandler, Sr.    SBN 60780
David N. Chandler, Jr.    SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Appellee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>JUDY INOK KIM,<br><br>    DEBTOR.                / | CASE No. C-11-745 PJH/<br>         C-11-1429 PJH<br><br>BK No. 09-13736 |
| BMR FUNDING, LLC,<br><br>    APPELLANT,<br><br>v.<br><br>JUDY INOK KIM,<br><br>    DEBTOR/APPELLEE.      / | <br><br><br><br>STIPULATION FOR ORDER<br>DISMISSING CONSOLIDATED<br>APPEALS AND ORDER THEREON |

   The parties hereto stipulate and agree as follows:

   1.   That the parties to the above-captioned matters (hereinafter the "Consolidated Appeals") have reached a Settlement Agreement which will resolve their dispute and settle any and all claims between them pursuant to the terms of the Agreement;

   2.   That pursuant to the terms of the Agreement, the Consolidated Appeals shall be dismissed; and

   3.   That an order in the form set forth below shall be entered herein.

Dated:   1/3/12             ARCHER NORRIS, PLC

                            By: */S/ MARK A. OLSON*
                            MARK A. OLSON,
                            Attorney for Appellant

1

1
2
3  Dated:   1/3/12                    DAVID N. CHANDLER, p.c.
4
5                                     By:/S/ DAVID N. CHANDLER, JR.
                                      DAVID N. CHANDLER, JR.,
6                                     Attorney for Appellee

7                                     ORDER
8
9       IT IS SO ORDERED.
10
11 Dated: January 17, 2012

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28